AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| NORTHERN | District of | CALIFORNIA |

LUCIA TAPIAS

Plaintiff(s),

V.

MALLET AND COMPANY, INC.; and
DOES 1 through 25, inclusive,

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:16-cv-01104-SBA

Notice is hereby given that, subject to approval by the court, __Mallet and Company, Inc.__ substitutes
(Party (s) Name)

__Matthew Goodin__, State Bar No. __169674__ as counsel of record in
(Name of New Attorney)

place of __Margaret Anne Keane__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Epstein Becker & Green, P.C.

Address: 655 Montgomery Street, Suite 1150

Telephone: (415) 398-3500    Facsimile (415) 398-0955

E-Mail (Optional): mgoodin@ebglaw.com

I consent to the above substitution.

Date: 8 June, 2016

*(Signature of Party (s))*

I consent to being substituted.

Date:

*(Signature of Former Attorney (s))*

I consent to the above substitution.

Date: 6/7/2016

*(Signature of New Attorney)*

The substitution of attorney is hereby approved and so ORDERED.

Date: June 8, 2016

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]