AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| NORTHERN | District of | CALIFORNIA |

LUCIA TAPIAS

Plaintiff(s),

V.

MALLET AND COMPANY, INC.; and
DOES 1 through 25, inclusive,

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:16-cv-01104-SBA

Notice is hereby given that, subject to approval by the court, __Mallet and Company, Inc.__ substitutes
(Party(s) Name)

__Steven Blackburn__, State Bar No. __154797__ as counsel of record in
(Name of New Attorney)

place of __Margaret Anne Keane__
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Epstein Becker & Green, P.C.
Address: 655 Montgomery Street, Suite 1150
Telephone: (415) 398-3500   Facsimile (415) 398-0955
E-Mail (Optional): sblackburn@ebglaw.com

I consent to the above substitution.
Date: 8 June, 2016
(Signature of Party(s))

I consent to being substituted.
Date: June 8, 2016
Margaret A Keane
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 6/7/2016
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: June 8, 2016
Sandra B. Armstrong
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]